# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02582-JLK

LORRIE HULBERT,

      Plaintiff,

V.

SAFEWAY, INC., and
JOHN AND JANE DOES I-X,

      Defendants.

_____

## ORER RE: SAFEWAY INC.'S UNOPPOSED MOTION TO MODIFY THE SCHEDULING AND DISCOVERY ORDER TO EXTEND DISCOVERY
_____

The Court, having reviewed the above motion (Doc. 31) and grounds therefore, GRANTS said motion. It is ORDERED that the Scheduling and Discovery Order is modified to extend discovery by 60 days as follows:

- Fact Discovery: August 1, 2015
- Plaintiff's Expert Discovery: October 1, 2015
- Defendant's Expert Discovery: November 1, 2015
- Rebuttal Expert Discovery: December 1, 2015

DATED: May 29, 2015

                                            BY THE COURT:

                                            **s/ John L. Kane**
                                            SENIOR U.S. DISTRICT COURT JUDGE