### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02582-JLK

LORRIE HULBERT,

      Plaintiff,

vs.

SAFEWAY, INC., and
JOHN AND JANE DOES I-X,

      Defendants.

---

### ORDER RE: MOTION TO DISMISS WITH PREJUDICE

---

Upon the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 40), the Court, being fully advised in the premises, hereby Finds and Orders as follows:

The motion (Doc. 40) is GRANTED. The parties have reached an out-of-court resolution in this case. Pursuant to F.R.C.P. 41(a)(2), the Court dismisses this case with prejudice, each party to bear its own costs and attorney fees.

DATED this 28th day of August, 2015.

BY THE COURT:

_John L. Kane_
JOHN L. KANE
SENIOR U.S. DISTRICT COURT JUDGE